# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TOTARAM SAHADEO** and **PHULMATTI SAHADEO,**
Appellants,

v.

**E & Y ASSETS, LLC,** and **HOMEOWNERS ASSOCIATION, INC.,**
Appellees.

No. 4D17-1507

[April 5, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2014-CA-002586 (H3).

John Spittler, Jr., of Spittler & Associates, P.A., Miami, for appellants.

A. Max Zaretsky of Zaretsky Law Group, West Palm Beach, for appellee E & Y Assets.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***